## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

Gail R. Jones   Case No. 18-12808-KHK
(Chapter 13)

    Debtor

**ORDER FOR DEBTOR TO APPEAR AND
SHOW CAUSE WHY CASE SHOULD
<u>NOT BE DISMISSED WITH PREJUDICE</u>**

To:    Gail R. Jones
       4192 Waterway Drive
       Dumfries, VA 22025

The Debtor filed this case as a voluntary Chapter 13 case on August 14, 2018. (Docket No. 1). This is the Debtor's fifth bankruptcy case since 2014, two cases filed under Chapter 13, two cases filed under Chapter 11, and one under Chapter 7. Debtor voluntarily dismissed her last case, Case No. 18-10008. Her third bankruptcy case, Case No. 16-12460 was dismissed with prejudice for 90 days. Her second case, Case No. 15-11524 was dismissed for failure to file her schedules, statements, lists and plan. Her first case, Case No. 14-10795 was reopened to allow the U.S. Trustee to file a complaint to revoke the debtor's discharge which resulted in the debtor waiving her discharge.

The Court, therefore, will set this case for a hearing on why this case should not be dismissed with prejudice for up to one year. It is therefore

    **ORDERED:**

1. This case is set for hearing on **Thursday, August 30, 2018 at 9:30 am** in Courtroom III, United States Bankruptcy Court for the Eastern District of Virginia, 200 South Washington Street, Alexandria, Virginia 22314.

2. The Debtor shall appear and show cause, if any, why this case should not be dismissed with prejudice.

3. The Clerk shall provide a copy of this order and electronic notice of its entry to the parties listed below.

Date: Aug 17 2018

/s/ Klinette Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered on docket: August 17, 2018

Copy mailed to:

Gail R. Jones
4192 Waterway Drive
Dumfries, VA 22025

Copy electronically to:

Robert Steven Pope, Esquire
Thomas P. Gorman, Chapter 13 Trustee
John P. Fitzgerald, III, U. S. Trustee